**John Prather, Esq.**
5864 N. 83rd Street
Scottsdale, AZ 85250
Telephone: 480-296-1507
Email: johnlprather@gmail.com
*Attorney for Plaintiff Edette Heisler*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edette Heisler | Case No.: 2:17-cv-02216-ESW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Sentry A.D.R. Services, LLC d/b/a A.D.R. Group, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) within 60 days.  The Plaintiff requests that the Court clear the calendar in the interim pending full performance of the settlement terms and subsequent filing of the aforementioned dismissal.

Dated this 25th day of September 2017

                                    Respectfully Submitted,

                                    <u>s/ John Prather</u>
                                    John Prather, Esq.
                                    State Bar No. 032694

5864 N. 83rd Street
Scottsdale, AZ 85250
Telephone: 480-296-1507
Email: johnlprather@gmail.com
*Attorney for Plaintiff Edette Heisler*

Of Counsel to the Firm:
Law Offices of Michael Lupolover, P.C.
120 Sylvan Ave., Suite 303
Englewood Cliffs, NJ 07632
Telephone: 201-461-0059
Facsimile: 201-608-7116
Email: rc@lupoloverlaw.com